AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Rosey Fletcher, Erin O'Malley, and Callan Chythlook-Sifsof <br><br> *Plaintiff(s)* <br><br> v. <br><br> Peter Foley, Gale "Tiger" Shaw III, United States Ski and Snowboard, and United States Olympic and Paralympic Committee <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-00803 -MAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter W. Foley
3406 BROOKSIDE DR, HOOD RIVER, OR 97031-8537
(HOOD RIVER COUNTY)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alison L. Anderson
BOIES SCHILLER FLEXNER LLP
725 S. Figueroa St., 31st Floor
Los Angeles, CA 90017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/3/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-00803

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

BOIES SCHILLER FLEXNER LLP
ALISON L. ANDERSON (SBN 275334)
*alanderson@bsfllp.com*
725 S Figueroa St, 31st Floor
Los Angeles, CA 90017
Tel: (213) 995-5720/ Fax: (213) 629-9022

SIGRID S. MCCAWLEY*
*smccawley@bsfllp.com*
ALISHA MORICEAU*
*amoriceau@bsfllp.com*
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
Tel: (954) 356-0011/ Fax: (954) 356-0022

KENYA K. DAVIS*
*kdavis@bsfllp.com*
1401 New York Ave., NW
Washington, DC 20005
Tel: (202) 237-2727/ Fax: (202) 237-6131

ERICA N. SWEETING*
*esweeting@bsfllp.com*
55 Hudson Yards, 20th Floor
New York, NY 10001
Tel: (212) 446-2300/ Fax: (212) 446-2350

**Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiffs Rosey Fletcher,
Erin O'Malley, and Callan Chythlook-Sifsof*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEY FLETCHER, ERIN O'MALLEY, AND CALLAN CHYTHLOOK-SIFSOF,<br><br>Plaintiffs,<br><br>v.<br><br>PETER FOLEY, GALE "TIGER" SHAW III, UNITED STATES SKI AND SNOWBOARD, AND UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Case No. 2:23-cv-00803<br><br>**COMPLAINT** |

**COMPLAINT**

UNITED ST ATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Fletcher et. al. v. Foley et. al
Case No, 2:23-cv-00803

**ATTACHMENT #2 TO SUMMONS**

**DEFENDANTS TO BE SERVED:**

**PETER W. FOLEY**
3406 Brookside Dr,
Hood River, OR 97031-8537

**GALE "TIGER" SHAW**
2523 Palomino Trl
Park City, UT 84098-6354

**UNITED STATES SKI AND SNOWBOARD**
Agent: Brooke McAffee
1 Victory Lane
Park City, UT 84060

**UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE**
Agent: Chris McCleary
1 Olympic Plaza
Colorado Springs, CO 80909

2
**COMPLAINT**