Caitlin C. Blanche (SBN 254109)
caitlin.blanche@klgates.com
**K&L Gates LLP**
1 Park Plaza, Twelfth Floor
Irvine, California 92614
Telephone: +1.949.253.0900
Facsimile: +1.949.253.0902

Desirée F. Moore (*admitted pro hac vice*)
desiree.moore@klgates.com
Abram I. Moore (*admitted pro hac vice*)
abe.moore@klgates.com
**K&L Gates LLP**
70 West Madison Street, Suite 3300
Chicago, Illinois 60602
Telephone: +1.312.372.1121
Facsimile: +1.312.345.9976

Attorneys for Defendant
UNITED STATES SKI &
SNOWBOARD

**[Additional attorneys listed on signature page]**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY FLETCHER, ERIN O'MALLEY, AND CALLAN CHYTHLOOK-SIFSOF, <br><br> Plaintiffs, <br><br> v. <br><br> PETER FOLEY, GALE "TIGER" SHAW III, UNITED STATES SKI & SNOWBOARD, AND UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE, <br><br> Defendants. | Case No. 2:23-cv-00803-SPG-JPR <br><br> [Assigned to The Honorable Sherilyn Peace Garnett] <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS PETER FOLEY, GALE "TIGER" SHAW III, AND UNITED STATES SKI AND SNOWBOARD'S NOTICES OF MOTION AND MOTIONS TO DISMISS COMPLAINT** |

Defendants United States Ski & Snowboard, Peter Foley, and Gale "Tiger" Shaw III respectfully request that the Court take judicial notice of Exhibit A attached to this request.

Judicial notice of facts is proper where the facts "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Courts may take judicial notice of matters of public record, as well as documents made publicly available where there is no question as to their authenticity. *Lee v. City of L.A.*, 250 F.3d 668, 688-90 (9th Cir. 2001). Specifically, a Court may take judicial notice of records and reports of administrative bodies and governing bodies for sports. *See Gardner v. Starkist Co.*, 418 F. Supp. 3d 443, 452 (N.D. Cal. 2019) (taking judicial notice of article from National Oceanic and Atmospheric Administration); *Matthews v. Nat'l Football League Mgmt. Council*, 688 F.3d 1107, 1113 (9th Cir. 2012) (taking judicial notice of records of sporting events reflected on National Football League's webpage).

Here, Defendants ask the Court to take notice of records maintained and published by the International Ski and Snowboard Federation ("FIS") as "the governing body of international skiing and snowboarding" and "[r]ecognized by the International Olympic Committee."[1] These are publicly available records and no party can reasonably dispute their authenticity. These records are therefore subject to judicial notice, and the Court may consider them in ruling on Defendants' Motions to Dismiss. Judicial notice is necessary in this instance to facilitate the Court's understanding of the relevant timeline of events alleged in the Complaint, and so as to comprehensively consider the arguments raised in Defendants' Motions to Dismiss.

Defendants therefore respectfully request that the Court take judicial notice of the following:

---

[1] *See* https://www.fis-ski.com/en/inside-fis/about-fis/general/facts-figures (the "about FIS" page).

**1**
**REQUEST FOR JUDICIAL NOTICE**

1.     Attached as **Exhibit A** is a true and correct copy of the International Ski and Snowboard Federation's webpage on competition results for Rosey Fletcher.

K&L GATES LLP

Dated: April 24, 2023    By: /s/ Caitlin C. Blanche
Caitlin C. Blanche
Desirée F. Moore
Abram I. Moore

Attorneys for Defendant
UNITED STATES SKI & SNOWBOARD


LEWIS BRISBOIS BISGAARD AND SMITH

Dated: April 24, 2023    By: /s/ Meghan E. McCord
Meghan E. McCord

Attorney for Defendant
PETER FOLEY


KASOWITZ BENSON TORRES LLP

Dated: April 24, 2023    By: /s/ Daniel A. Saunders
Daniel A. Saunders

Attorney for Defendant
GALE "TIGER" SHAW III