# EXHIBIT A

CALENDAR & RESULTS    ATHLETES    LIVE    NEWS & MEDIA    MEMBER SECTION

SS-COUNTRY    SKI JUMPING    NORDIC COMBINED    ALPINE    FREESTYLE & FREESKI    SNOWBOARD    PARA    MORE DISCIPLINES    INSIDE FIS

# Rosey FLETCHER

Alyeska SKI Club     USA

FIS Code: **1238787**     Birthdate: **1975**     Status: **Not active**

Results    FIS Points    Cups    Podiums    Statistics    Career

## RESULTS

Filter

| Date | Place, Discipline | Nat., Cat. | Position / FIS Points / Cup Points |
|---|---|---|---|
| 26-03-2006 | Crystal Mtn / Parallel Slalom | USA / NAC | 1 / 500.00 |
| 25-03-2006 | Crystal Mtn / Parallel GS | USA / NAC | 19 / 60.00 |
| 09-03-2006 | Lake Placid, NY / Parallel GS | USA / WC | 9 / 290.00 |
| 23-02-2006 | Bardonecchia / Parallel GS | ITA / OWG | 3 / 600.00 |
| 22-01-2006 | Nendaz / Parallel Slalom | SUI / WC | 10 / 260.00 |

CALENDAR & RESULTS ATHLETES LIVE NEWS & MEDIA MEMBER SECTION

| | SS-COUNTRY | SKI JUMPING | NORDIC COMBINED | ALPINE | FREESTYLE & FREESKI | SNOWBOARD | PARA | MORE DISCIPLINES | INSIDE FIS |
|---|---|---|---|---|---|---|---|---|---|
| 08-01-2006 | Kreischberg Parallel GS | | | | | ○ WC | | AUT | 2 800.00 |
| 18-12-2005 | Le Relais, QC Parallel GS | | | | | ○ WC | | CAN | 7 360.00 |
| 17-12-2005 | Le Relais, QC Parallel GS | | | | | ○ WC | | CAN | 18 130.00 |
| 15-10-2005 | Soelden Parallel GS | | | | | ○ WC | | AUT | 28 40.00 |
| 07-10-2005 | Landgraaf Parallel Slalom | | | | | ○ WC | | NED | 10 260.00 |
| 27-03-2005 | Sun Peaks, Kamloops Parallel Slalom | | | | | ○ NAC | | CAN | 5 202.50 |
| 26-03-2005 | Sun Peaks, Kamloops Parallel GS | | | | | ○ NAC | | CAN | 5 202.50 |
| 16-03-2005 | Tandadalen Parallel GS | | | | | ○ WC | | SWE | 15 160.00 |
| 12-03-2005 | Sierra Nevada Parallel Slalom | | | | | ○ WC | | ESP | 9 290.00 |
| 03-03-2005 | Lake Placid, NY Parallel GS | | | | | ○ WC | | USA | 3 600.00 |
| 25-02-2005 | Sungwoo Resort Parallel Slalom | | | | | ○ WC | | KOR | 13 200.00 |

CALENDAR & RESULTS    ATHLETES    LIVE    NEWS & MEDIA    MEMBER SECTION

SS-COUNTRY    SKI JUMPING    NORDIC COMBINED    ALPINE    FREESTYLE & FREESKI    SNOWBOARD    PARA    MORE DISCIPLINES    INSIDE FIS

| Date | Location / Event | | Cat | Nation | Rank | Points |
|---|---|---|---|---|---|---|
| 18-02-2005 | Sapporo<br>Parallel GS | ○ | WC | JPN | 20 | 110.00 |
| 09-02-2005 | Bardonecchia<br>Parallel GS | ○ | WC | ITA | 39 | 18.80 |
| 06-02-2005 | Winterberg<br>Parallel Slalom | ○ | WC | GER | 31 | 28.00 |
| 02-02-2005 | Maribor<br>Parallel Slalom | ○ | EC | SLO | 15 | 80.00 |
| 01-02-2005 | Maribor<br>Parallel GS | ○ | WC | SLO | 16 | 150.00 |
| 19-01-2005 | Whistler<br>Parallel Slalom | ○ | WSC | CAN | 4 | 500.00 |
| 18-01-2005 | Whistler<br>Parallel GS | ○ | WSC | CAN | 39 | 18.80 |
| 20-12-2004 | Breckenridge<br>Parallel GS | ○ | NAC | USA | | DNF |
| 17-12-2004 | Bad Gastein<br>Parallel Slalom | ○ | WC | AUT | 12 | 220.00 |
| 12-12-2004 | Haus im Ennstal<br>Parallel GS | ○ | FIS | AUT | 52 | 3.87 |
| 11-12-2004 | Haus im Ennstal<br>Parallel GS | ○ | EC | AUT | 25 | |

CALENDAR & RESULTS    ATHLETES    LIVE    NEWS & MEDIA    MEMBER SECTION

SS-COUNTRY    SKI JUMPING    NORDIC COMBINED    ALPINE    FREESTYLE & FREESKI    SNOWBOARD    PARA    MORE DISCIPLINES    INSIDE FIS

| Date | Location / Event | Level | Country | Rank | Points |
|---|---|---|---|---|---|
| 04-12-2004 | Kuehtai<br>Parallel Slalom | FIS | AUT | 28 | |
| 04-12-2004 | Kronplatz<br>Parallel GS | WC | ITA | 16 | 150.00 |
| 16-11-2004 | Copper Mountain, Colorado<br>Parallel Slalom | NAC | USA | 5 | 225.00 |
| 15-11-2004 | Copper Mountain, Colorado<br>Parallel GS | NAC | USA | 6 | 200.00 |
| 24-10-2004 | Landgraaf<br>Parallel Slalom | WC | NED | 20 | 110.00 |
| 16-10-2004 | Soelden<br>Parallel GS | WC | AUT | 48 | 16.10 |
| 21-03-2004 | Breckenridge, CO<br>Slalom | NAC | USA | 115 | |
| 20-03-2004 | Breckenridge, CO<br>Parallel GS | NAC | USA | 10 | 117.00 |
| 14-03-2004 | Bardonecchia<br>Parallel GS | WC | ITA | 32 | 26.00 |
| 05-03-2004 | Mt. Bachelor, OR<br>Parallel GS | WC | USA | 17 | 140.00 |
| 21-02-2004 | Sapporo<br>Parallel Slalom | WC | JPN | 32 | 0.00 |

CALENDAR & RESULTS    ATHLETES    LIVE    NEWS & MEDIA    MEMBER SECTION

SS-COUNTRY | SKI JUMPING | NORDIC COMBINED | ALPINE | FREESTYLE & FREESKI | SNOWBOARD | PARA | MORE DISCIPLINES | INSIDE FIS

| Date | Location / Event | Level | Country | Rank | Points |
|---|---|---|---|---|---|
| 08-02-2004 | Berchtesgaden Parallel GS | WC | GER | 14 | 180.00 |
| 03-02-2004 | Maribor Parallel GS | WC | SLO | 33 | 24.00 |
| 24-01-2004 | Watles Parallel GS | FIS | ITA | 10 | 67.60 |
| 18-01-2004 | Sankt Johann/Pongau Parallel Slalom | EC | AUT | 9 | 145.00 |
| 17-01-2004 | Sankt Johann/Pongau Parallel GS | EC | AUT | 36 | 9.85 |
| 11-01-2004 | Alpe d'Huez Parallel GS | WC | FRA | 12 | 220.00 |
| 10-01-2004 | Alpe d'Huez Parallel GS | WC | FRA | 30 | 32.00 |
| 06-01-2004 | Bad Gastein Parallel Slalom | WC | AUT | 22 | 90.00 |

Show More

CALENDAR & RESULTS   ATHLETES   LIVE   NEWS & MEDIA   MEMBER SECTION   

SS-COUNTRY   SKI JUMPING   NORDIC COMBINED   ALPINE   FREESTYLE & FREESKI   SNOWBOARD   PARA   MORE DISCIPLINES   INSIDE FIS