# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY FLETCHER, ERIN O'MALLEY, AND CALLAN CHYTHLOOK-SIFSOF, <br><br>Plaintiffs,<br><br>v.<br><br>PETER FOLEY, GALE "TIGER" SHAW III, UNITED STATES SKI & SNOWBOARD, AND UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Case No. 2:23-cv-00803-SPG-JPR<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR FILINGS RELATED TO DEFENDANTS' MOTIONS TO DISMISS** |

On May 4, 2023, Plaintiffs Rosey Fletcher, Erin O'Malley, and Callan Chythlook-Sifsof (collectively, "Plaintiffs") and Defendants Peter Foley, Gale "Tiger" Shaw III, United States Ski & Snowboard ("USSS"), and United States Olympic and Paralympic Committee ("USOPC") (collectively, the "Parties") filed a Stipulation requesting a briefing schedule for the responsive papers related to Defendant's respective motions to dismiss Plaintiff's Complaint (the "Motions")

The Court, having considered the Parties' Stipulation and all other pleadings and papers on file in this action and relevant to this motion, and finding good cause therefor, hereby **GRANTS** the Parties' stipulation in its entirety and **ORDERS** as follows:

1. Plaintiffs' oppositions to each of the respective Motions will be due on June 21, 2023; and
2. Defendants' reply papers will be due on July 5, 2023.

**IT IS SO ORDERED.**

Dated: May 5, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE