BOIES SCHILLER FLEXNER LLP
ALISON L. ANDERSON (SBN 275334)
*alanderson@bsfllp.com*
725 S Figueroa St, 31st Floor
Los Angeles, CA 90017
Tel: (213) 995-5720/ Fax: (213) 629-9022

SIGRID S. MCCAWLEY
*smccawley@bsfllp.com*
ALISHA MORICEAU
*amoriceau@bsfllp.com*
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, FL  33301
Tel: (954) 356-0011/ Fax: (954) 356-0022

KENYA K. DAVIS
*kdavis@bsfllp.com*
1401 New York Ave., NW
Washington, DC  20005
Tel: (202) 237-2727/ Fax: (202) 237-6131

ERICA N. SWEETING
*esweeting@bsfllp.com*
55 Hudson Yards, 20th Floor
New York, NY  10001
Tel: (212) 446-2300/ Fax: (212) 446-2350

MARIAH J. NOAH (SBN 339658)
*mnoah@bsfllp.com*
44 Montgomery St, 41st Floor
San Francisco, CA 94104
Tel: (415) 293-6800/ Fax: (415) 293-6899

*Attorneys for Plaintiffs Rosey Fletcher,
Erin O'Malley, and Callan Chythlook-Sifsof*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEY FLETCHER, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>PETER FOLEY, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00803-SPG-JPR<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE THAT Plaintiffs Rosey Fletcher, Erin O'Malley, and Callan Chythlook-Sifsof hereby voluntarily dismiss, without prejudice, ONLY Defendant Gale "Tiger" Shaw III from all claims in the above captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1).[1]

Dated: June 30, 2023                    Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

By: */s/Alison L. Anderson*
   Alison L. Anderson
   alanderson@bsfllp.com
   California Bar No. 275334
   725 S Figueroa St, 31st Floor
   Los Angeles, CA 90017
   Telephone: (213) 995-5720
   Facsimile: (213) 629-9022

   Sigrid S. McCawley
   smccawley@bsfllp.com
   Florida Bar No. 129305
   Alisha Moriceau
   amoriceau@bsfllp.com
   Florida Bar No. 1011395
   401 E. Las Olas Blvd., Suite 1200
   Fort Lauderdale, FL 33301
   Telephone: (954) 356-0011
   Facsimile: (954) 356-0022

---

[1] Plaintiffs have conferred with Defendant Shaw and Defendant Shaw does not oppose the filing of this notice.

|   |   |
|---|---|
| 1 | Kenya K. Davis |
| 2 | *kdavis@bsfllp.com* |
|   | Washington DC Bar No. 502305 |
| 3 | 1401 New York Ave., NW |
|   | Washington, DC  20005 |
| 4 | Telephone:  (202) 237-2727 |
| 5 | Facsimile:   (202) 237-6131 |
| 6 |   |
|   | Erica N. Sweeting |
| 7 | *esweeting@bsfllp.com* |
|   | New York Bar No. 5517768 |
| 8 | 55 Hudson Yards, 20th Floor |
| 9 | New York, NY  10001 |
|   | Telephone: (212) 446-2300 |
| 10 | Facsimile:  (212) 446-2350 |
| 11 |   |
|   | Mariah J. Noah |
| 12 | *mnoah@bsfllp.com* |
| 13 | 44 Montgomery St, 41st Floor |
|   | San Francisco, CA 94104 |
| 14 | Telephone: (415) 293-6800 |
| 15 | Facsimile:  (415) 293-6899 |
| 16 |   |
|   | *Attorneys for Plaintiffs* |

3

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**