**DAUGHERTY LORDAN LLP**
MEGHAN E. McCORD, SB# 242281
  E-Mail: Meghan.McCord@daughertylordan.com
PAIGE T. RIVETT, SB# 348351
  E-Mail: Paige.Rivett@daughertylordan.com
550 S. Hope St., Suite 2400
Los Angeles, California 90071
Telephone: 213.423.6026

Attorneys for Defendant PETER FOLEY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEY FLETCHER, ERIN O'MALLEY, AND CALLAN CHYTHLOOK-SIFSOF,<br><br>Plaintiff,<br><br>vs.<br><br>PETER FOLEY, GALE "TIGER" SHAW III, AND UNITED STATES SKI & SNOWBOARD, AND UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE,<br><br>Defendants. | Case No. 2:23-cv-00803 SPG(JPRx)<br><br>[Hon. Sherilyn Peace Garnett]<br><br>**DEFENDANT PETER FOLEY'S JOINDER IN DEFENDANT UNITED STATES SKI & SNOWBOARD'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>[*Filed Concurrently with Defendant Peter Foley's Notice of Motion and Motion to Dismiss First Amended Complaint Pursuant to FRCP 12(b)(2) and 12(b)(6) and Joining Defendant United States Ski & Snowboard's Notice of Motion and Motion to Dismiss Complaint with Memorandum of Points and Authorities in Support Thereof; Declaration in Support of Defendant Peter Foley's Notice of Motion and Motion to Dismiss for Lack of Personal Jurisdiction; and [Proposed] Order*]<br><br>Date:         October 25, 2023<br>Time:        1:30 p.m.<br>Courtroom: 5C<br><br>Complaint Filed: February 2, 2023 |

1
JOINDER IN DEFENDANT USSS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Notice is hereby given that Defendant Peter Foley ("Foley") hereby joins in Defendant United States Ski & Snowboard's ("USSS") Notice of Motion and Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6) as to the First, Eighth, Eleventh through Thirteenth, and Twenty-First, Causes of Action ("Motion"), in which USSS and Foley are jointly named. Specifically, Foley joins in the arguments set forth in the following sections of USSS' Memorandum of Points and Authorities in support of the Motion: Section III.C (regarding RICO's Nationwide service provision); Section IV.A (regarding failure to state a claim for RICO); Section IV.B (regarding failure to state a claim for sex trafficking conspiracy); and Section IV.C (regarding failure to state a claim under Section 340.16 of the California Code of Civil Procedure); and Section IV.F.2 (regarding failure to state a claim for Intentional Infliction of Emotional Distress).

The above-referenced arguments in USSS' Motion all apply to Foley because all of the allegations herein referenced relate to his employment with USSS as former Head Coach of the U.S. Snowboard Team.

By this Joinder, Foley incorporates by reference, as though fully set forth herein, the contents of USSS' Motion, including the Notice of Motion, Memorandum of Points and Authorities, Declaration of Desirée F. Moore, Declaration of Brooke McAffee, Request for Judicial Notice, as well as any oral and/or documentary evidence as may be considered by the Court at the time of the hearing on the Motion. In doing so, Foley adopts the legal arguments, authorities, and requests set forth therein.

/ / /
/ / /
/ / /
/ / /

This Joinder is filed concurrently with Foley's own Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), which addresses the causes of action specific to Foley.

DATED: June 30, 2023                    **DAUGHERTY LORDAN LLP**


By:   /s/ Paige T. Rivett
      MEGHAN E. McCORD
      PAIGE T. RIVETT
      Attorneys for Defendant Peter Foley