UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 23-00803-SPG-JPR | Date | October 25, 2023 |
| Title | Rosey Fletcher et al v. Peter Foley et al | | |

| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Leslie Schramm |
| Deputy Clerk | Court Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Alison Anderson<br>Alisha Morcieau<br>Kenya Davis<br>Sigrid McCawley | Abram Moore<br>Lindsey Barnhart<br>Zach Glasser<br>Cassidy Young |

**Proceeding:** DEFENDANT PETER FOLEY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT [78]

MOTION TO DISMISS PURSUANT TO FRCP 12(b)(2) and 12(b)(6) [80]

DEFENDANT UNITED STATES SKI & SNOWBOARD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT [81]

Case called, and counsel make their appearance. The Court has reviewed all filed materials and requests parties to elaborate on the issues of personal and specific jurisdiction. The Court's tentative is plaintiff has not shown or proven general or specific jurisdiction. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

| | : | 45 |
|---|---|---|
| | Initials of Preparer | PG |