

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



# FILED

AUG 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## DOCKETING NOTICE

Docket Number:            24-4752
Originating Case Number:  2:23-cv-00803-SPG-JPR

Short Title:              Fletcher, et al. v. Foley, et al.

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

### TIME SCHEDULE ORDER

Docket Number:            24-4752
Originating Case Number:   2:23-cv-00803-SPG-JPR

Case Title:               Fletcher, et al. v. Foley, et al.

**Wednesday, August 7, 2024**

Rosey Fletcher                      Mediation Questionnaire due
Erin O'Malley                       Mediation Questionnaire due
Callan Chythlook-Sifsof             Mediation Questionnaire due

**Wednesday, August 14, 2024**

Rosey Fletcher                      Appeal Transcript Order Due
Erin O'Malley                       Appeal Transcript Order Due
Callan Chythlook-Sifsof             Appeal Transcript Order Due

**Monday, September 16, 2024**

Rosey Fletcher                      Appeal Transcript Due
Erin O'Malley                       Appeal Transcript Due
Callan Chythlook-Sifsof             Appeal Transcript Due

**Monday, October 21, 2024**

Rosey Fletcher                      Appeal Opening Brief Due
Erin O'Malley                       Appeal Opening Brief Due
Callan Chythlook-Sifsof             Appeal Opening Brief Due

**Thursday, November 21, 2024**

| | |
|---|---|
| United States Ski & Snowboard | Appeal Answering Brief Due |
| Peter Foley | Appeal Answering Brief Due |
| United States Olympic and Paralympic Committee | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**