**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSEY FLETCHER; ERIN O'MALLEY; and CALLAN CHYTHLOOK-SIFSOF,<br>Plaintiffs,<br>v.<br>PETER FOLEY; UNITED STATES SKI AND SNOWBOARD; UNITED STATES OLYMPIC AND PARALYMPIC COMMITTEE; and DOES 1-10,<br>Defendants. | Case No. 2:23-cv-00803-SPG-JPR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, filed at ECF No. 170, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants the United States Olympic and Paralympic Committee, United States Ski and Snowboard, and Peter Foley on all claims asserted in Plaintiffs Rosey Fletcher, Erin O'Malley, and Callan Chythlook-Sifsof's Second Amended Complaint, filed at ECF No. 111.

**IT IS SO ORDERED.**

DATED: August 27, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE